**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ANUDEEP MEKA,

                            Plaintiff,                  25 **CIVIL** 3547 (AKH)

          -against-                         **JUDGMENT**

DELOITTE LLP, et al.,

                            Defendants.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 25, 2026, Defendants' motion to dismiss the Second Amended Complaint is granted. Plaintiff has already amended his complaint after receiving detailed notice of the defects in his claims. The Second Amended Complaint adds no facts that would cure those deficiencies. As further amendment would be futile, Plaintiffs complaint is dismissed with prejudice. Plaintiff's motion to stay is denied as moot; accordingly, the case is closed.

**DATED:** New York, New York
           March 30, 2026

                                      **TAMMI M. HELLWIG**

                                        **Clerk of Court**

               **BY:**

                                      **Deputy Clerk**